# Court of Appeals
# of the State of Georgia

ATLANTA, July 01, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1656. REGINALD JOHNSON v. QBE FIRST INSURANCE AGENCY, INC.

In this direct appeal, Reginald Johnson seeks review of the superior court's order granting summary judgment to QBE First Insurance Agency, Inc. Johnson sought an appeal to the superior court from the magistrate court's judgment in favor of QBE. However, QBE filed a motion to dismiss Johnson's appeal because we lack jurisdiction. QBE is correct.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Such compliance is required even where the superior court grants summary judgment. See *Bullock*, supra. Because Johnson did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal. Accordingly, QBE's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/01/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*